UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN SILETTI

Plaintiff,

-v-

e-DIALOG, INC.

Defendant.

Case No._____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Karen Siletti       (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 6/19/2008

Signature of Attorney

Attorney Bar Code: 3940