UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN SILETTI,<br><br>            Plaintiff,<br>vs.<br>e-DIALOG, INC.,<br><br>            Defendant. | Civil Action No. 08 cv 5561<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |

The undersigned counsel for defendant, e-DIALOG, certifies as follows:

1.    e-DIALOG is a non-governmental corporate party.

2.    e-DIALOG is a wholly owned subsidiary of GSI Commerce Inc.

                                         BRESSLER AMERY & ROSS, P.C.

                                         By: ___/s/ Jed L. Marcus_____
                                                Jed L. Marcus
                                                325 Columbia Turnpike
Dated: Florham Park, New Jersey        Florham Park, New Jersey 07932
          July 31, 2008                      Attorneys for Defendant
                                                (973) 966-9678
                                                jmarcus@bressler.com

2

CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing Corporate Disclosure Statement to be served upon counsel for plaintiff by mailing same, postage pre-paid, to Alan L. Glazner and Daniel Louis Grossman, 11 Commerce Drive, Cranford, New Jersey 07016.

            ___/s/ Jed L. Marcus_____
            JED L. MARCUS

Dated: July 31, 2008

919927_1