# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

P.O. Box 1980 • Morristown, NJ 07962
Hand Delivery:
325 Columbia Turnpike • Florham Park, NJ 07932
973.514.1200 • fax 973.514.1660
www.bressler.com

Jed L. Marcus
Member

direct: 973-966-9678
jmarcus@bressler.com

August 19, 2008

The Honorable Loretta A. Preska
U.S. District Court Judge
District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007-1312

Re:   **Siletti v. e-Dialog**
      **Civil Action No. 08 cv 5561**

Dear Judge Preska:

This firm represents the defendant in this matter, e-Dialog. I am writing this letter to request a postponement of the September 24, 2008 scheduling conference. I am scheduled to be on vacation in Europe that day. I respectfully request a new date. I have conferred with my adversary, Mr. Grossman, and he has no objection to the adjournment.

Respectfully submitted,

Jed Marcus

pc:   Daniel Grossman, Esq.
      e-Dialog

923277_1