# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

P.O. Box 1980 • Morristown, NJ 07962

Hand Delivery:

325 Columbia Turnpike • Florham Park, NJ 07932

973.514.1200 • fax 973.514.1660

www.bressler.com

USDC SDNY
DOCUMENT
ELECTRONICALLY F
DOC #:
DATE FILED:

Jed L. Marcus
Member

direct: 973-966-9678
jmarcus@bressler.com

August 19, 2008

The Honorable Loretta A. Preska
U.S. District Court Judge
District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007-1312

RECEIVED
AUG 21 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

Re: **Siletti v. e-Dialog**
**Civil Action No. 08 cv 5561**

Dear Judge Preska:

This firm represents the defendant in this matter, e-Dialog. I am writing this letter to request a postponement of the September 24, 2008 scheduling conference. I am scheduled to be on vacation in Europe that day. I respectfully request a new date. I have conferred with my adversary, Mr. Grossman, and he has no objection to the adjournment.

Respectfully submitted,

Jed Marcus

pc: Daniel Grossman, Esq.
e-Dialog

*The conference is adjourned to October 1 at 9:00am in courtroom 12A.*

August 25, 2008

SO ORDERED

Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

923277_1

New Jersey • New York • Florida