# BRESSLER, AMERY & ROSS

A PROFESSIONAL CORPORATION

P.O. Box 1980 • Morristown, NJ 07962

Hand Delivery:

325 Columbia Turnpike • Florham Park, NJ 07932

973.514.1200 • fax 973.514.1660

www.bressler.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/08

Jed L. Marcus
Member

direct: 973-966-9678
jmarcus@bressler.com

August 26, 2008

Honorable Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
D.P. Moynihan U.S. Court House
500 Pearl Street
New York, NY 10007-1312

RECEIVED
SEP - 2 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

   Re:   Siletti v. e-Dialog
         Civil Action No. 08 cv 5561

Dear Judge Preska:

   We represent the Defendant in the referenced matter. We are in receipt of Your Honor's endorsement to our August 19, 2008 letter seeking an adjournment of the September 24th scheduling conference. Unfortunately, the new date set by the Court for this conference, October 1, falls during Rosh Hashanah.

   We conferred with our adversary and have together placed a call to Megan, Your Honor's Clerk, this afternoon. The parties understand that the scheduling conference will now go forward on Wednesday, October 15, 2008 at 9:30 a.m. Counsel for Plaintiff and the undersigned jointly and respectfully request that this conference be conducted by phone.

   We thank the Court for its attention to this matter.

Respectfully yours,

Jed L. Marcus

SO ORDERED
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
September 3, 2008

JLM/pr

pc:  Daniel Grossman, Esq.
     e-Dialog

924496_1

New Jersey  •  New York  •  Florida